STATEMENT OF VLADYSLAV PROKOPIEV PURSUANT TO 28 U.S.C. 1746

My name is Vladyslav Prokopiev. Except as is specifically stated below, or may be obvious from the context, I have personal knowledge of the matters set forth below.

1. I reviewed the website, www.yakko-san.com (hereinafter, "Website") for the purpose of determining whether or not the Website was finally in compliance after Defendant's modifications to the Website.

2. Despite making modifications, Defendant's Website still continues to contain graphics, links, headings, functions, forms and/or text with information that is not fully readable and/or compatible with screen reader software ("SRS").

3. Specifically, the link to the lunch specials on the Website's homepage opens up an inaccessible PDF which is not fully readable and/or compatible with SRS.

4. As a result, visually impaired individuals are unable to access lunch specials which are accessible to individuals who do not suffer from the same disability.

5. The PDF lacks proper tags and lacks alt text which does not allow SRS to read the text contained in the image. Furthermore, some text in the image does not have the proper contrast.

6. I informed Defendant's representative, Mr. McCaffrey, and Defendant's counsel of these deficiencies and continuing violations on April 9, 2020. Mr. McCaffrey told me that visually impaired customers would have to call the restaurant to find out the lunch specials, and did not provide any explanation on how the lunch special PDF is not inaccessible to disabled individuals.

7. Since the inception of this action, Defendant also added additional webpage and function to allow online ordering.

8. It is my opinion that one months' time should be sufficient to complete the work and that the modifications necessary to correct the violations can be made without much difficulty or expense.

Pursuant to 28 U.S.C. 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

4/17/2020
_____
Date

DocuSigned by:
_____
33BEF3545E9C4A1
Vladyslav Prokopiev